STOEL RIVES, LLP
Timothy J. O'Connell, OSB No. 931439
Christopher N. Weiss, OSB No. 070496
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  tjoconnell@stoel.com
          cnweiss@stoel.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **LINDA SOMERS** | Case No.: 6:14-cv-813-AA |
| **Plaintiff,** | |
| v. | **DEFENDANT PAYPAL, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| **PAYPAL, INC.** | |
| **Defendant.** | |

Defendant, PayPal, Inc. ("PayPal"), provides the following disclosure pursuant to Fed. R. Civ. P. 7.1(a):  PayPal is a wholly-owned subsidiary of eBay Inc., a publically traded corporation.

DATED: July 7, 2014                STOEL RIVES LLP

By: /s/ Timothy J. O'Connell
Timothy J. O'Connell, OSB No. 931439

By: s/Christopher N. Weiss
Christopher N. Weiss, OSB No. 070496
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Fax:  (206) 386-7500
Email:  tjoconnell@stoel.com
            cnweiss@stoel.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following participant(s):

SAMWEL COUSINEAU & SHEA PC
Sharon D. Cousineau, OSB No. 011637
700 West Evergreen Boulevard
Vancouver, WA  98660
Telephone:  (360) 750-3798
Fax:  (360) 750-3788
**Email:  sdcousineau@gmail.com**

Attorneys for Plaintiff

DATED:  July 7, 2014.          STOEL RIVES LLP


 /s/ Kim A. McKenzie
Kim A. McKenzie, Practice Assistant